# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **DE'ONDRE J. HOWARD,** #303 165, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) CIVIL ACTION 1:18-cv-792-ALB ) |
| **SHERIFF WALLY OLSON,** *et al.*, | ) ) |
| Defendants. | ) |

## ORDER

On May 23, 2019, the Magistrate Judge filed a Recommendation to which no timely objections have been filed. (Doc. 30). Upon an independent review of the file and upon consideration of the Recommendation, the Recommendation is ADOPTED, and it is ORDERED that:

1. Defendants' motion to dismiss (Doc. 24) is **GRANTED** to the extent Defendants seek dismissal of this case due to Plaintiff's failure to properly exhaust an administrative remedy available to him at the Dale County Jail prior to initiating this cause of action.

2. This case is **DISMISSED** with prejudice under 42 U.S.C. § 1997e(a).

3. No costs are taxed.

Final Judgment will be entered separately.

**DONE** and **ORDERED** this 25th day of June 2019.

                                        /s/ Andrew L. Brasher
                            ANDREW L. BRASHER
                            UNITED STATES DISTRICT JUDGE